UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEWEY LEE EUBANKS,

    Plaintiff,

v.                                                   Case No:   2:21-cv-279-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY
and U.S. ATTORNEY,

    Defendants.

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. 2412(d) (Doc. 25) be granted in part. (Doc. 26.) No party has objected and the time to do so has expired. A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. Here, noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 26) is **ADOPTED**.

2. Plaintiff's Unopposed Petition (Doc. 25) is **GRANTED IN PART**. The Court awards Plaintiff $7,457.76 in attorney's fees, $402 in costs, and $21.99 in expenses.

3. The Government may, but is not required to, pay these amounts directly to Plaintiff's counsel assuming Plaintiff does not owe a debt to the Government. (See Doc. 26 at 7–8.)

4. The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor accordingly.

5. The Unopposed Petition (Doc. 25) is **DENIED** to the extent it seeks any greater or different relief than this Order grants.

**ORDERED** at Fort Myers, Florida, on May 20, 2022.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE