# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**DEWEY LEE EUBANKS**

v.  2:21-cv-279-JLB-NPM

**COMMISSIONER OF SOCIAL SECURITY**

---

## ORDER

Having obtained an award of benefits, Dewey Lee Eubanks requests a fee award pursuant to 42 U.S.C. § 406(b). Section 406(b) contemplates a reasonable contingent fee award—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. The requested fee is reasonable for the reasons stated in Eubanks's motion.

Accordingly, the unopposed fee motion (Doc. 30) is **GRANTED**. The clerk is directed to amend the judgment in favor of Eubanks to include a fee award of $68,576.[1] The fee award will be paid out of Eubanks's past-due benefits, subject to agency policy. *See* 42 U.S.C. § 406(d). If the withheld benefits in the Commissioner's possession are insufficient to satisfy the amount of fees determined reasonable by the court, then the attorney must look to the claimant to recover the difference.

**ORDERED** on January 6, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge

---

[1] Because Eubanks's counsel previously retained $15,158.55 in fees awarded to Eubanks under the Equal Access to Justice Act ("EAJA"), they must refund the EAJA fees to Eubanks. (Doc. 27; Doc. 30-4).